UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SPENCER M. POIRIER | CIVIL ACTION NO. 6:18-cv-00525 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action be remanded to the 16th Judicial District Court, St. Mary Parish, Louisiana, on the basis that the court lacks subject-matter jurisdiction, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 29th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE