UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SPENCER M. POIRIER                          CIVIL ACTION NO. 6:18-cv-00525

VERSUS                                      JUDGE ROBERT G. JAMES

STATE FARM MUTUAL AUTOMOBILE                MAGISTRATE JUDGE HANNA
INSURANCE COMPANY, ET AL.

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. On June 29, 2018, the Court entered a Judgment adopting the report and recommendation, and remanding this matter to the "16th Judicial District Court, St. Mary Parish, Louisiana." [Doc. No. 17]. The Judgment was in error, as this matter was removed from the 16th Judicial District Court, St. Martin Parish, Louisiana. Accordingly,

**IT IS HEREBY ORDERED** that the Judgment [Doc. No. 17] entered by this Court on June 29, 2018, is VACATED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action be remanded to the 16th Judicial District Court, St. Martin Parish, Louisiana, on the basis that the court lacks subject-matter jurisdiction, consistent with the report and recommendation.[1]

Signed at Monroe, Louisiana, this 2nd day of July, 2018.

*Robert G. James*
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes the Report and Recommendation contains a typographical error at p. 10; the Court construes the Report and Recommendation as recommending remand to the 16th Judicial District Court, St. Martin Parish, Louisiana.